# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|

V.

| United States District Court Southern District of Texas FILED | **CRIMINAL COMPLAINT** |
|---|---|

Osvaldo Balderas-Longoria    *PRINCIPAL*
A202 131 561    YOB:    1989
Mexico

**OCT 2 6 2014**

**Case Number:**

**M-14-2078-M**

**Clerk of Court**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___October 24, 2014___ in ___Hidalgo___ County, in the ___Southern___ District of ___Texas___ defendants(s) did,
(*Track Statutory Language of Offense*)

knowing or in reckless disregard of the fact that Marvin Heriberto Perez-Jurado, a citizen and national of El Salvador, along with eight (8) other undocumented aliens, for a total of nine (9), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport by foot said aliens in furtherance of such violation of law within the United States, that is, from a location near Hidalgo, Texas to the point of arrest near Hidalgo, Texas,

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(1)(A)(ii)___ **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On October 24, 2014, at approximately 10:50 pm, Border Patrol Agents responded to sensor activity near Hidalgo, Texas. With the assistance of Air Support, Agents encountered 10 subjects in the brush, all of whom admitted to being illegally in the United States. All of the subjects were transported to the McAllen Border Patrol Station for processing.**

**At the McAllen station, through interviews, Osvaldo BALDERAS-Longoria was identified as the foot guide for the group.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: ☒Yes ☐No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

| **Derek Conrow** | **Senior Patrol Agent** |
|---|---|

Printed Name of Complainant

___October 26, 2014___    at    ___McAllen, Texas___
Date    City and State

| **Dorina Ramos**    , U. S. Magistrate Judge | |
|---|---|

Name and Title of Judicial Officer    Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-2078-M**

RE:     **Osvaldo Balderas-Longoria**                    **A202 131 561**

**CONTINUATION:**

**PRINCIPAL'S STATEMENT:**

Osvaldo BALDERAS-Longoria was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

BALDERAS stated in the past, he has used a different name and date of birth in order to be processed as a juvenile, and avoid prosecution as a foot guide. He told agents he has smuggled aliens twice prior to this occasion, but was sent back with the group as a smuggled alien. On this occasion, he admitted he was smuggling 12, but only 9 were apprehended. BALDERAS told agents he was to be paid $50 per smuggled alien.

**MATERIAL WITNESS STATEMENT:**

Marvin Heriberto Perez-Jurado told agents he was charged $8,000 (USD) to be smuggled from El Salvador to Chicago, Illinois. After being smuggled to Reynosa, Tamaulipas, he met the foot guide on the Mexican side of the river. The foot guide announced himselft to the group and told them to listen to his commands. Perez stated there was only one foot guide, and he told the group not to make noise and follow his instructions in order to avoid apprehension. Perez identified BALDERAS in a photo lineup as the foot guide.