THE STATE OF TEXAS )
                     )    M-14-2078-M
COUNTY OF Hidalgo )

United States District Court
Southern District of Texas
FILED

OCT 26 2014

Clerk of Court

Before me, the undersigned authority, on this day personally appeared **Derek Conrow** known to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a **Senior Patrol Agent** stationed at **Edinburg, Texas** and I investigated the case of the United States of America versus

**Osvaldo Balderas-Longoria**    1989    Mexico    A202 131 561

and from my investigation, it appears that:

**Marvin Heriberto Perez-Jurado**    1984    El Salvador    A202 131 752

citizens and nationals of **El Salvador** are material witnesses in said cause that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witnesses."

FURTHER AFFIANT SAYETH NOT.

                                                        _/s/ Derek Conrow_
                                                       **Derek Conrow**
                                                       **Senior Patrol Agent**

SUBSCRIBED AND SWORN TO BEFORE ME on this **October 26, 2014**

                                                       _/s/ Dorina Ramos_
                                                       **Dorina Ramos**
                                                       **U.S. Magistrate Judge**